■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH LEACH, Appellant. [749 NYS2d 915] —Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered September 5, 2001, convicting defendant upon his plea of guilty of the crime of attempted criminal possession of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of attempted criminal possession of a controlled substance in the third degree and was sentenced as a second felony offender to a prison term of 3 to 6 years. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is therefore affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650; *see generally People v Stokes*, 95 NY2d 633).

Cardona, P.J., Crew III, Peters, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC J. COTA, Appellant. [749 NYS2d 914] —Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered February 8, 2002, convicting defendant upon his plea of guilty of two counts of the crime of burglary in the third degree.

In satisfaction of a seven-count indictment, defendant pleaded guilty to two counts of burglary in the third degree and was sentenced as a second felony offender to concurrent prison terms of 3 to 6 years. Defendant contends on appeal that the sentence imposed was harsh and excessive, especially given his alcohol addiction. In light of defendant's criminal history, his status of being on parole at the time of the current offense and given that the sentence was in accordance with the negotiated plea agreement, we find no reason to disturb the sentence imposed (*see People v Kelly*, 279 AD2d 891, *lv denied* 96 NY2d 802; *People v Addison*, 252 AD2d 597).

Crew III, J.P., Carpinello, Mugglin, Lahtinen and Kane, JJ., concur. Ordered that the judgment is affirmed.